546 S.E.2d 748

Paul Trevor ASBY, Appellant,

v.

COMMONWEALTH of Virginia, Appellee.

Record No. 0176–00–1.

Court of Appeals of Virginia.

May 29, 2001.

J. Barry McCracken (Cook & McCracken, on brief), Norfolk, for appellant.

Eugene Murphy, Assistant Attorney General (Mark L. Earley, Attorney General, on brief), for appellee.

Before FITZPATRICK, C.J., and BENTON, WILLIS, ELDER, BRAY, ANNUNZIATA, BUMGARDNER, FRANK, HUMPHREYS and CLEMENTS, JJ.

## UPON A REHEARING EN BANC

Upon a rehearing *en banc*, the stay of this Court's January 9, 2001 mandate is lifted, and the judgment of the trial court is affirmed in accordance with the majority opinion of a panel of this Court in *Asby v. Commonwealth*, 34 Va.App. 217, 539 S.E.2d 742 (2001).

BENTON and CLEMENTS, JJ., dissent for those reasons expressed in the dissenting opinion of the panel. *See id.* at 224–31, 539 S.E.2d at 745–48.

This order shall be published and certified to the trial court.